UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



F I L E D
AUG 1 8 2011
PATRICK J. DUGGAN
U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA

VS.

MARIA HABER,

Case No. 09-CR-20579
Honorable   Patrick J. Duggan

## ORDER FOR DISBURSEMENT OF FUNDS FROM REGISTRY

A bond having been posted on behalf of the defendant, **Maria Haber**, and funds having been deposited into the Registry of the Court, and said bond having been cancelled by order of the Court on **June 21, 2011**, and having confirmed with the Coleman Medium Federal Correctional Institution located in Coleman, Florida, that the defendant is in custody, now therefore,

IT IS HEREBY ORDERED that the Clerk of this Court draw a check upon the Registry of the Court in the amount **of $6,500.36** payable to **Majorie Piaz Arrom** the depositor.

_____
United States District Judge

Above information checked this

18th day of **August**, 2011 and found

to be correct.

_____
Deputy Clerk